Case 2:18-mj-01259-DUTY   Document 3   Filed 06/26/18   Page 1 of 1   Page ID #:175
Case 2:18-mj-01259-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 05/17/18   Page 2 of 44
Page ID #:45

| Return | |
|---|---|
| Case No: FDA-OCI 2017-DAT-713-0241<br>2:18-MJ-1259 | Date and time warrant served on provider:<br>5/21/18   2:52 pm |
| Inventory made in the presence of: SA Steve Hatch | |
| Inventory of data seized:<br>[Please provide a description of the information produced.]<br><br>Download zip file: GCC-1022713-K6N2X2-1-1.zip<br>Size: 560 MB<br><br>Microsoft e-mailed download link on 6/7/18.<br>Microsoft e-mailed access key and password on 6/7/18.<br>The above zip file was downloaded on 6/7/18. | |
| Certification | |
| I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.<br><br>Date: 6/7/18 | *Steve Hatch*<br>Executing officer's signature<br>Steve Hatch   Special Agent<br>Printed name and title |