JOSEPH H. HUNT
Assistant Attorney General
JAMES M. BURNHAM
Deputy Assistant Attorney General
GUSTAV W. EYLER
Acting Director
Consumer Protection Branch
PATRICK R. RUNKLE
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
    P.O. Box 386
    Washington, D.C. 20044-0386
    Telephone:  (202) 532-4723
    Facsimile:  (213) 514-8742
    E-mail:     Patrick.R.Runkle@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: The account identified as **lynn_chau@hotmail.com** that is within the possession, custody, or control of Microsoft Corporation ("Microsoft"), a company that accepts service of legal process at One Microsoft Way, Redmond, WA 98052-63997 | No. 2:18-MJ-1259<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL EVIDENCE; DECLARATION OF PATRICK R. RUNKLE<br><br>**(UNDER SEAL)** |

    The United States of America, by and through its counsel of record, Trial Attorney Patrick R. Runkle, hereby applies for an order extending by 120 days the time within which the government may retain and search digital evidence obtained pursuant to a federal search warrant obtained under 18 U.S.C. § 2703.

    This application is based on the attached declaration of Patrick R. Runkle and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

//

Dated: September 25, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

s/ Patrick R. Runkle
PATRICK R. RUNKLE
Trial Attorney
United States Department of Justice
Consumer Protection Branch

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF PATRICK R. RUNKLE**

I, Patrick R. Runkle, hereby declare and state:

1. I am a Trial Attorney in the United States Department of Justice Consumer Protection Branch and am assigned to this investigation for United States Department of Justice and United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the content of the following account (the "SUBJECT ACCOUNT") obtained pursuant to the warrant described below (the "SUBJECT DIGITAL EVIDENCE"): lynn_chau@hotmail.com

3. On May 17, 2018, Special Agent Chad Medaris of the U.S. Food and Drug Administration Office of Criminal Investigations ("FDA-OCI") obtained a federal search warrant pursuant to 18 U.S.C. § 2703 issued by the Honorable Alicia G. Rosenberg, United States Magistrate Judge, authorizing the search of information associated with the SUBJECT ACCOUNT that was stored at premises controlled by Microsoft. The warrant, which is incorporated herein by reference, authorized the search of digital evidence provided by Microsoft for a period of 120 days for evidence of violations of 21 U.S.C. § 331 (causing the introduction of misbranded or adulterated food or drug into interstate commerce), and 18 U.S.C. 545 (smuggling).

4. Based on information provided to me by agents assigned to this matter, I understand that on May 21, 2018, federal agents served the warrant on Microsoft. On June 7, 2018, agents received the SUBJECT DIGITAL EVIDENCE from Microsoft.

5.   This is the first request for an extension.  The current deadline by which the government must complete its review of the SUBJECT DIGITAL EVIDENCE is October 2, 2018.

6.   Based on information provided to me by agents assigned to this matter, I understand that to date, the SUBJECT DIGITAL EVIDENCE, which contains 560 megabytes of information, has been uploaded into a system for review but review has only recently begun.  It has remained in a secure location since it was received from Microsoft, and has not been altered in any way.

7.   For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL EVIDENCE:

    a.   The government has a large volume of documents to review in this matter.  The SUBJECT DIGITAL EVIDENCE consists of approximately 560 megabytes of information.  Together with a contemporaneous search warrant served on a different provider, the government has a total of approximately 184,000 emails to review.

    b.   Multiple tasks needed to be accomplished before the prosecution team could review the documents.  Due to a backlog at the unit that processes the data, the documents were delayed in being uploaded to the review software.  Once they were uploaded, potential attorney-client material was discovered, and the emails therefore underwent careful review by a separate team of attorneys to remove potentially privileged materials prior to the emails' re-release to the prosecution team.  This process took several weeks.  As a result, the prosecution team only recently regained access to the documents.

    c.   Forensic review of digital evidence is time consuming; a thorough review is a laborious and multi-step process.  This is

especially true where, as here, the emails include scientific terminology that must sometimes be researched.  Additionally, a significant portion of the emails are written by individuals who speak English as a second language, which sometimes require several readings to comprehend.

        d.   The agents and attorneys must balance this work with competing priorities, including preparing for an upcoming trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 25, 2018

                                               <u>s/ Patrick R. Runkle</u>
                                               PATRICK R. RUNKLE